# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| RANDY DEAN NICHOLS JR., | : | Case No. 2:24-cv-00104 |
| Plaintiff, | : | |
| vs. | : | District Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Caroline H. Gentry |
| JOHN MICHAEL WARNECKE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff Randy Dean Nichols Jr. has submitted a pro se civil rights complaint to this Court. The resulting case has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and this Court's General Order 22-05.

The Court's docket lists Plaintiff's address as 2710 Warrior Ct., Washington Courthouse, Ohio 43160, which was the return address on the envelope mailed to the Clerk of Court's Office. (Doc. No. 1, PageID 58.) However, Plaintiff's initial filings show that he is currently incarcerated at London Correctional Institution (*id*. at PageID 2, 6), which is confirmed by the Ohio Department of Rehabilitation & Correction (ODRC) website (https://appgateway.drc.ohio.gov/OffenderSearch/Search/Details/A817993).

Accordingly, Plaintiff is **ORDERED** to file a "Notice" with the Court indicating which <u>one</u> address the Court should use to communicate with him. He must file the Notice **within thirty (30) days** of this Order. He must also keep this Court informed of

his mailing address while this case is pending and promptly file a Notice of New Address if he is transferred or released.

The Clerk of Court is **DIRECTED** to send a copy of this Order to Plaintiff at both Lebanon Correctional Institution and the address listed on the docket.

**IT IS SO ORDERED.**

                                           */s/ Caroline H. Gentry*
                                           Caroline H. Gentry
                                           United States Magistrate Judge