UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RANDY DEAN NICHOLS JR., | Case No. 2:24-cv-00104 |
| Plaintiff, | District Judge Edmund A. Sargus, Jr. |
| vs. | Magistrate Judge Caroline H. Gentry |
| JOHN MICHAEL WARNECKE, *et al.*, | |
| Defendants. | |

## OPINION AND ORDER

This case is exempt from the requirements of Rules 26(a)(1) and 26(f)(1) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv); S.D. Ohio Civ. R. 16.2. Pursuant to Rule 16(b), the Court orders that this matter shall proceed as follows:

DISCOVERY shall be completed no later than **May 4, 2026**. Depositions of any persons who are incarcerated may proceed on such terms and conditions as the institution shall impose.

DISPOSITIVE MOTIONS shall be filed no later than **June 4, 2026**.

The Court will schedule a final pretrial conference and trial by separate order following resolution of any dispositive motions.

**IT IS SO ORDERED.**

/s/ Caroline H. Gentry
Caroline H. Gentry
United States Magistrate Judge