**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDY DEAN NICHOLS JR., | : | Case No. 2:24-cv-00104 |
| | : | |
| Plaintiff, | : | District Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| JOHN MICHAEL WARNECKE, *et al*., | : | |
| | : | |
| Defendants. | : | |

## ORDER MODIFYING INITIAL SCHEDULING ORDER

Currently pending before the undersigned Magistrate Judge are two motions filed by Plaintiff Nichols:  (1) a Motion to extend the discovery deadline (Doc. No. 27); and (2) a Notice/Motion asking the Court to serve subpoenas for discovery on Defendants (Doc. No. 29.)  Plaintiff is proceeding in this case without the assistance of counsel.

The discovery deadline is currently May 4, 2026. (Initial Scheduling Order, Doc. No. 20.) The Court has also set a schedule for the remainder of the case. (*Id*.; Order Setting Trial Date and Settlement Conference, Doc. No. 22.) No other requests to modify the schedule have been made in the case.

On April 22, 2026, Plaintiff asked to extend the discovery deadline sixty (60) days so that he may obtain materials to support his case. (Doc. No. 27.) Defendants Rumer, Ellis, Warnecke, and Stapleton oppose his request. (Doc. No. 28.) Defendants McFarland, Bivens, Jackson, and Cash have not responded.

Upon consideration, and for good cause shown, the Court **GRANTS** Plaintiff's Motion to extend and **MODIFIES** the case schedule as follows:

DISCOVERY shall be completed no later than **July 6, 2026**.[1]

DISPOSITIVE MOTIONS shall be filed no later than **August 4, 2026**. This Order does not affect any other date on the case schedule. (Doc. No. 22.)

Plaintiff's second Motion, filed April 24, 2026, is titled "Notice" and asks the Court to serve the eight (8) attached subpoenas for him. (Doc. No. 29.) The subpoenas are addressed to the eight (8) Defendants remaining in the case and would direct them to provide various discovery materials[2] on January 6, 2027 at 9:30 a.m. at the Federal Courthouse in Columbus. (*Id*.) January 6, 2027 is the date set for a Settlement Conference before District Judge Sargus, but is several months after discovery closes.

The Court **DENIES** Plaintiff's request to serve the subpoenas on Defendants. (Doc No. 29.) Subpoenas under Fed. R. Civ. P. 45 are not the appropriate tool for seeking discovery from the other parties in a case. **However, the Court expects Defendants to construe the subpoenas as discovery requests under Fed. R. Civ. P. 34, which counsel received on April 24, 2026, and to respond to them accordingly.**

 **IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE

---

[1] July 4, 2026 is a Saturday and a holiday. *See* Fed. R. Civ. P. 6(a)(1)(C)("…if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday."

[2] For example, Plaintiff seeks the following from Defendant Cash: "Jail Camera and any all materials related to arrest & confinement of Plaintiff from 12/6/2022 to placement in G.P including mug shot and Body scanner results & cell footage he was housed."