**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDY DEAN NICHOLS JR., | : | Case No. 2:24-cv-00104 |
| Plaintiff, | : | District Judge Edmund A. Sargus, Jr. |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| JOHN MICHAEL WARNECKE, *et al*., | : | |
| Defendants. | : | |

## NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTIONS

Defendants filed two Motions for Summary Judgment on August 4, 2026. (Doc. No. 33, 35.) Defendants ask the Court to immediately resolve your claims in their favor without a trial or any further proceedings. You should soon receive copies of the Motions in the mail from Defendants' attorneys.

You must file your Responses to Defendants' Motions by **August 28, 2025**. If circumstances beyond your control, such as delays in the prison mail system, prevent you from meeting this deadline, you must **IMMEDIATELY** file a motion explaining the circumstances and requesting an extension of time. **If you do not file timely responses to Defendants' Motions, the Court may grant one or both of the Motions and may dismiss some or all of your case.**

You are **ADVISED** that your Responses must include a Certificate of Service confirming that the documents have been served on Defendants' attorneys. *See* Fed. R. Civ. P. 5. Please review and become familiar with the Federal Rules of Civil Procedure,

the Court's Local Rules, and A Guide for Pro Se Civil Litigants: Representing Yourself in the United States District Court for the Southern District of Ohio, which the Court previously sent to you.

You are **REMINDED** that you must keep this Court informed of your current address while this case is pending and promptly file a Notice of New Address if you are released or transferred. If you do not, you may miss deadlines and important instructions, which may cause the Court to dismiss the case for failure to prosecute.

*s/ Caroline H. Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE