**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDY DEAN NICHOLS JR., | : | Case No. 2:24-cv-00104 |
| Plaintiff, | : | District Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| JOHN MICHAEL WARNECKE, *et al.*, | : | |
| Defendants. | : | |

## ORDER TO UPDATE ADDRESS

The Court's mail to Plaintiff Nichols was recently returned as undeliverable. (*See* Doc. No. 40.) It appears that Plaintiff is no longer in custody at London Correctional Institution, which is his address of record in this case.[1]

"Plaintiff has an affirmative duty to notify the Court of any change in address." *Oesch v. Ohio Dep't of Corr.*, No. 2:19-cv-1758, 2019 WL 2289836, at *1 (S.D. Ohio May 29, 2019). If he fails to do so, he may miss important orders and deadlines, and his case may be dismissed for failure to prosecute. *See Walker v. Cognis Oleo Chem.*, LLC, No. 1:07-cv-289, 2010 WL 717275, at *1 (S.D. Ohio Feb. 26, 2010). Plaintiff has been advised throughout this case that he must keep the Court informed of his current address while the case is pending. (*See, e.g.*, Doc. No. 2-1 at PageID 131-132; Doc. No. 11 at PageID 163.)

[1] According to the website of the Ohio Department of Rehabilitation & Correction, Plaintiff is currently on "APA SUPERVISION." *See* https://appgateway.drc.ohio.gov/OffenderSearch/Search/Details/A817993 (last visited August 20, 2026).

Plaintiff is **ORDERED** to file a "Notice of New Address" that lists the address at which he can receive regular U.S. mail. He shall file the Notice by **September 21, 2026**. If he fails to do so, the Court may dismiss the case. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff at the address on the docket.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE